UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Alex Elvis Polanco,

          Defendant.



20-CR-94 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This matter has been assigned to me for all purposes. A waiver of indictment, arraignment, and entry-of-plea conference is hereby scheduled for Monday, February 3, 2020, at 3:00 p.m. in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

    Prior to the initial pretrial conference, the parties should familiarize themselves with the undersigned's Individual Practices in Criminal Cases, available at http://www.nysd.uscourts.gov/judge/Nathan. Per Rule 2.B. of the undersigned's Individual Practices in Criminal Cases, communications with the Court shall be submitted by letter filed on ECF unless there is a request to seal the communication, in which case it shall be submitted by email as described in Rule 2.B.

    SO ORDERED.

Dated: January 31, 2020
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge