UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Alex Elvis Polanco,

           Defendant.



20-CR-94(AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Conference in this matter is hereby adjourned to Monday, February 3, 2020 at 4:00 p.m.

    SO ORDERED.

Dated: February 3, 2020
       New York, New York

_____ 2/3/20
ALISON J. NATHAN
United States District Judge