UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Alex Polanco,

Defendant.

20-cr-94 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing in this matter is hereby tentatively adjourned to May 7, 2020 at 9 A.M. The Court will confirm that the sentencing will proceed at that time by May 1, 2020.

Pursuant to the Undersigned's Individual Practices in Criminal Cases, Mr. Polanco's sentencing submission is due on April 30, 2020. The Government's sentencing submission is due on May 4, 2020.

SO ORDERED.

Dated: April 28, 2020
New York, New York

ALISON J. NATHAN
United States District Judge

1