```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Alex Polanco,

Defendant.

20-cr-94 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing is scheduled in the above-captioned matter for May 7, 2020 at 9:00 A.M. A publicly-accessible audio line is available by dialing 855-268-7844, entering 32091812# as the access code, and entering 9921299# as the pin number.

If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 919-6964, followed by the pound (#) key.

SO ORDERED.

Dated: May 6, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1