DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Alex Polanco,

Defendant.

20-cr-94 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

It is hereby ORDERED that the defendant in the above-captioned case, USM Number 87633-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: May 7, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1